### McBRIDE *v.* ORANGE COUNTY R. Co.

*(Supreme Court, General Term, Second Department.   July 2, 1891.)*

APPEAL—REVIEW—WEIGHT OF EVIDENCE.

Where there is a finding by a jury on a disputed question of fact, and there is evidence to sustain such finding, it will not be disturbed on appeal.

Appeal from circuit court, Orange county.

Action by John McBride against the Orange County Railroad Company to recover damages for breach of a contract by defendant to construct a grade

crossing over its road for plaintiff's use.    From a judgment entered on a verdict for plaintiff, defendant appeals.

Argued before DYKMAN and PRATT, JJ.

*John J. Beattie,* for appellant.    *J. W. Gott,* for respondent.

DYKMAN, J.    This appeal presents no error.    The defendant was bound, under the agreement with the plaintiff, which was contained in his deed, to build and maintain a grade crossing for his use, and the action was for the recovery of damages resulting from a failure to perform that agreement. Whether there was a breach of the agreement was the question litigated upon the trial and submitted to the jury, and the verdict was for the plaintiff. The questions of fact being thus settled, upon testimony sufficient to sustain the finding, the verdict and judgment cannot be disturbed.    The record presents no error, and the judgment and order denying the motion for a new trial should be affirmed, with costs.